450 A.2d 214

Devlin v. Mullen, et al.

Appeal of Patrick Mullen and Margaret Mullen.

Appeal of General Motors Corporation.

Appeal of Reedman Corporation.

Argued March 29,

1982. James M. Marsh, for appellants (at Nos. 1884 and 1977) and for appellees (at No. 1891); William V. Coleman, for appellant (at No. 1891) and for appellee (at Nos. 1884 and 1977).

Before WIEAND, MONTEMURO and POPOVICH, JJ.

Order affirmed.